UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BUZZARD, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON et al., <br><br> Defendants. | CASE NO. C20-1559-RAJ-MAT <br><br> ORDER DENYING MOTION FOR RECONSIDERATION ON REVIEW OF MOTION FOR RECUSAL |

On November 9, 2020, Plaintiff Buzzard filed a Motion essentially seeking to disqualify the Magistrate Judge Theiler in this matter. Dkt. #5. On November 16, Judge Theiler issued an Order declining to recuse herself and, in accordance with this Court's Local Rules, referring that decision to the Chief Judge for review. Dkt. #9; LCR 3(f). On November 20, the undersigned judge affirmed Judge Theiler's Order. Dkt. #11.

Plaintiff Buzzard has now filed a Motion for Reconsideration, which has been referred to the undersigned judge. Dkt. #13. Mr. Buzzard states that he is a *pro se* prisoner with PTSD and that he cannot get copies of prior cases before Judge Theiler to show evidence of bias. *Id*. He does not present any new evidence of bias. He argues he should be able to get a new judge without demonstrating bias.

1       "Motions for reconsideration are disfavored."  LCR 7(h)(1).  "The court will ordinarily
2 deny such motions in the absence of a showing of manifest error in the prior ruling or a showing
3 of new facts or legal authority which could not have been brought to its attention earlier with
4 reasonable diligence."  *Id*.
5       A judge of the United States shall disqualify herself in any proceeding in which her
6 impartiality "might reasonably be questioned."  28 U.S.C. § 455(a).  Federal judges also shall
7 disqualify themselves in circumstances where they have a personal bias or prejudice concerning
8 a party or personal knowledge of disputed evidentiary facts concerning the proceeding.  28
9 U.S.C. § 455(b)(1).  "[A] judge's prior adverse ruling is not sufficient cause for recusal."
10 *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986); *see also Taylor v. Regents of Univ.*
11 *of Cal.*, 993 F.2d 710, 712 (9th Cir. 1993) ("To warrant recusal, judicial bias must stem from an
12 extrajudicial source.").
13       The Court  again finds that Plaintiff has failed to present any reasonable basis to question
14 Judge Theiler's impartiality or to otherwise grant the requested relief.  Mr. Buzzard has failed to
15 demonstrate any error in the prior ruling or present new facts or legal authority which could not
16 have been brought to the Court's attention earlier with reasonable diligence.
17       Accordingly, the Court hereby finds that Mr. Buzzard's Motion for Reconsideration, Dkt
18 #13, is DENIED.
19       DATED this 30th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR
RECONSIDERATION ON REVIEW OF MOTION FOR
RECUSAL - 2