UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BUZZARD, JR.,

        Plaintiff,

v.

STATE OF WASHINGTON, et al.,

        Defendant.

Case No.  C20-01559-RAJ-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendants' motion to dismiss (Dkt. 60) is GRANTED.

(3)    For the reasons stated in the Report and Recommendation, the claims raised in Counts I and II of the amended complaint against Defendants Patnode, Rongen, Balmert, Davis, Ramsdell, Ahn, Sahlberg, De Lano, Thaut, and Hollingsworth are dismissed with prejudice.  For the reasons stated in the Report and Recommendation, the claims raised in Count IV of the amended complaint against Defendants Thompson,

ORDER OF DISMISSAL - 1

Meek, Wonders, Andrewjeski, Howerton, and Kopoian, alleging violation of Plaintiff's right to access the courts and present a defense, his right to assist other inmates with legal work, his right to have access to counsel, and his right to due process and equal protection, are dismissed without prejudice.

(4) To the extent Plaintiff's amended complaint can be construed to raise retaliation claims related to the Indeterminate Sentence Review Board's (ISRB's) denial of Plaintiff's release on December 13, 2021 and related to Plaintiff's removal from the law library for providing legal assistance to other inmates, those claims are dismissed without prejudice.

(5) The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and those claims are dismissed without prejudice.

(6) The Clerk is directed to terminate Jay Inslee as a Defendant in this action.

(7) As no claims remain in this action the Clerk is directed to close the case.

(8) The Clerk is directed to provide copies of this order to the parties and to the Hon. S. Kate Vaughan

Dated this 18th day of May, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2